**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JUSTIN B. RUSSO,<br><br>              Plaintiff,<br><br>   v.<br><br>JOHNSON, *et al.*,<br><br>             Defendants. | No. 1:23-cv-00639-JLT-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION FOR FAILURE TO STATE A CLAIM<br><br>(Doc. 14) |

Plaintiff Justin B. Russo is a former state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On July 12, 2023, the assigned Magistrate Judge screened the first amended complaint and issued findings and recommendations that this action be dismissed for failure to state a cognizable claim upon which relief may be granted. (Doc. 14.) Plaintiff was directed to file objections within fourteen (14) days. (*Id.*) No objections were filed, and the deadline to do so has expired.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, the Court **ORDERS**:

1. The findings and recommendations issued on July 12, 2023, (Doc. 14), are
    **ADOPTED IN FULL**.

1

2. This action is dismissed, with prejudice, for failure to state a cognizable claim upon which relief may be granted.

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: __**August 10, 2023**__

/s/ Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE

2